# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR A WARRANT AUTHORIZING THE DISCLOSURE OF PRECISE LOCATION DATA (GPS LOCATION) RELATING TO THE TELEPHONE DEVICE USING CELLULAR TELEPHONE NUMBER 701-570-0601 | ) ) ) ) ) ) ) ) | **ORDER**<br><br><br><br><br>Case No. 1:16-mj-013 |

On motion of the Government and for the reasons stated in support of its motion, it is

**ORDERED** that the Search Warrant and Application and Affidavit for Search Warrant, with attachments, including the Affidavit of FBI SA Joseph P. Gass, the Search Warrant Return, and the Government's Motion to Seal, shall remain under seal until August 26, 2016.

Dated this 24th day of February, 2016.

                                                                                 */s/ Charles S. Miller, Jr.*

                                                                                Charles S. Miller, Jr., Magistrate Judge
                                                                                United States District Court.